**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| BARBARA LOVE, on behalf of herself and all other similarly situated employees, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 2:15-cv-02426-STA-cgc |
| v. | ) ) | |
| WECARE SERVICES, INC. d/b/a COMFORT KEEPERS, | ) ) ) | |
| Defendant. | ) | |

**AGREED ORDER OF COMPROMISE SETTLEMENT AND DISMISSAL WITH PREJUDICE**

It appears to this Court from statements of Counsel that all Parties to this civil action brought under the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) ("FLSA"), have resolved by compromise and settlement all of the claims and allegations of the Complaint, and have entered into a Confidential Settlement Agreement and Global Release (the "Agreement"), subject to Court approval.  (ECF No. 19).  By such Agreement, the parties have agreed to such settlement to the mutual satisfaction of each party.

The Court has scrutinized the agreement and proposed stipulation and found them to be fair and reasonable.  Accordingly, the Complaint and all the claims and allegations in this civil action will be dismissed with prejudice, including but not limited to Plaintiff's claims for unpaid overtime compensation, declaratory relief, and other relief including liquidated damages and reasonable attorneys' fees and costs under the FLSA.

Counsel for the parties assert that the proposed settlement agreement is fair and, upon reviewing the proposed settlement agreement, the Court so finds that the settlement is fair, reasonable, and in Plaintiff's best interests and that the settlement agreement should be approved and the stipulation of dismissal with prejudice filed and entered into the record of this civil action.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED by this Court:

That the Compromised Settlement Agreement regarding of the above-referenced, disputed claims and allegations of Plaintiff be and the same is hereby approved.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that matters and controversies at issue in this cause between the parties have been fully and finally compromised and settled to the mutual satisfaction of each, and that the stipulation of dismissal, which is hereby approved, be filed in this civil action this matter dismissing it with prejudice.

IT IS SO ORDERED.


**s/ S. Thomas Anderson**
S.THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: November 13, 2015


**AGREED**:

_s/_ Michael L. Russell  (signed with permission)
Michael L. Russell (TN Bar No. 20268)
Emily Emmons (TN Bar No. 33281)                    *Counsel for Plaintiff*
Gilbert Russell McWherter Scott Bobbitt PLC
341 Cool Springs Boulevard, Suite 230
Franklin, Tennessee 37067
Telephone:     (615) 354-1144
E-mail: mrussell@gilbertfirm.com
        eemons@gilbertfirm.com

s/ Angie C. Davis
Angie C. Davis (TN Bar No. 20043)
Maurice Wexler (TN Bar No. 7980)
BAKER, DONELSON, BEARMAN,
    CALDWELL & BERKOWITZ, PC
First Tennessee Building
165 Madison Avenue, Suite 2000

Memphis, Tennessee 38103
Telephone:     (901) 526-2000
Facsimile:      (901) 577-2303
E-mail: angiedavis@bakerdonelson.com
            mwexler@bakerdonelson.com

*Counsel for Defendant*

M EJR 2695183 v2
2915574-000009